**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF WESTERN PENNSYLVANIA**
**CONCILIATION CONFERENCE MINUTES**

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | KAREN I. RUBY |
| Case Number: | 18-21672-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, NOVEMBER 08, 2018 10:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
11/9/18 11:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#5 - Final Confirmation of Plan Dated 4/27/2018 (NFC)
R / M #:  5 / 0

*Appearances:*

Debtor:  K. Steidl
Trustee:  Winnecour / (Pail) / Katz / DeSimone
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ✓ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Handwritten notes:* Counsel/debtor have no defense. T consents. Only 1 pmt made.

10/31/2018  12:39:14PM