Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Karen I. Ruby** | : | Case No. 18−21672−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Issued Per Nov. 8, 2018 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 9th of November, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-21672-CMB
Karen I. Ruby                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel          Page 1 of 2          Date Rcvd: Nov 09, 2018
                              Form ID: 309        Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2018.
db             +Karen I. Ruby,    605 Murdoch Street,    Washington, PA 15301-5247
14821898       +Albert Ruby,    214 Cunningham School Road,    Smock, PA 15480-1304
14882082      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: COLUMBIA GAS OF PENNSYLVANIA,    PO BOX 117,    COLUMBUS, OH 43216)
14821899       +Capital One Bank,    c/o Weltman Weinberg & Reis, CO, LPA,    Attn: William Molzcan, Esquire,
                 436 7th Ave #2500,    Pittsburgh, PA 15219-1842
14854420       +City of Washington,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14821901       +City of Washington,    c/o Portnoff Associates,    P.O. Box 3020,    Norristown, PA 19404-3020
14821902       +City of Washington,    c/o Portnoff Associates,    P.O. Box 391,    Norristown, PA 19404-0391
14821904       +Dr. Webb & Associates, P.C.,    42 East Maiden Street,    Washington, PA 15301-4912
14821908        PNC Bank, N.A.,    PO Box 3180,    Pittsburgh, PA 15230-3180
14821909       +PNC Bank, N.A.,    One Financial Parkway,    Kalamazoo, MI 49009-8002
14821910       +PNC Bank, N.A.,    c/o Weltman Weinberg & Reis, CO, LPA,    Attn: William Molzcan, Esquire,
                 436 7th Ave #2500,    Pittsburgh, PA 15219-1842
14875942       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14821911       +Rushmore Loan Managment Services,    15480 Laguna Canyon Rd.,    Suite 100,
                 Irvine, CA 92618-2132
14821912       +Wells Fargo Mortgage,    c/o Phelan Hallinan,    1617 John F Kennedy Blvd #1400,
                 Philadelphia, PA 19103-1814
14821913       +Wilmington Savings Fund Society, FSB,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                 Irvine, CA 92619-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14821900        EDI: CAPITALONE.COM Nov 10 2018 06:53:00      Capital One Bank*,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
14821905        EDI: IRS.COM Nov 10 2018 06:53:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Rushmore Loan Mangement Services as servicer for W
cr*            +City of Washington,    c/o Portnoff Law Associates, Ltd,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14821903*     ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of PA,    P.O. Box 117,    Columbus, OH 43216)
14821906*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
14821907      ##+Manley Deas & Kochalski LLC,    1400 Goodale Blvd #200,    Columbus, OH 43212-3777
                                                                                       TOTALS: 1, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: Nov 09, 2018
                              Form ID: 309            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2018 at the address(es) listed below:

```
              Christopher M. Frye    on behalf of Debtor Karen I. Ruby chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James   Warmbrodt    on behalf of Creditor    Rushmore Loan Mangement Services as servicer for
               Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee
               for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    City of Washington jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```