**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| KAREN I. RUBY | Case No.: 18-21672 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/27/2018 and confirmed on 06/08/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,446.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,446.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 386.11 | |
| Trustee Fee | 117.41 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 503.52 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA<br>Acct: 1318 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA<br>Acct: 8636 | 0.00 | 0.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 3298 | 0.00 | 1,942.48 | 0.00 | 1,942.48 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 3298 | 50,154.47 | 0.00 | 0.00 | 0.00 |
| CITY OF WASHINGTON (TRASH)<br>Acct: 0800 | 498.00 | 0.00 | 0.00 | 0.00 |
| CITY OF WASHINGTON (TRASH)<br>Acct: 0800 | 1,174.36 | 0.00 | 0.00 | 0.00 |
| | | | | 1,942.48 |
| **Priority** | | | | |
| CHRISTOPHER M FRYE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KAREN I. RUBY<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-21672 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
|   STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 386.11 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 18,164.67 | 0.00 | 0.00 | 0.00 |
|     Acct: 8261 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ALBERT RUBY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   COLUMBIA GAS OF PA INC(*) | 649.02 | 0.00 | 0.00 | 0.00 |
|     Acct: 8261 | | | | |
|   DR WEBB AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 13,623.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8261 | | | | |
|   MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RUSHMORE LOAN MANAGEMENT SERVIC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHELAN HALLINAN LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |

| TOTAL PAID TO CREDITORS | | 1,942.48 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 18,164.67 | |
| SECURED | 51,826.83 | |
| UNSECURED | 14.272.02 | |

Date: 12/06/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com